JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YEONG LEE,

      Plaintiff,

    v.

WILLOW MANAGEMENT, INC.; 1435 COAST LP; and DOES 1 to 10,

      Defendants.

Case No. 8:25-cv-01130-AB (AJRx)

**ORDER DISMISSING CIVIL ACTION**

    The Court has been advised that this action has been settled.

    The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 5, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1